UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DESEAN ALEXIS OLIPHANT,<br><br>　　　　Defendants. | No. 2:24-cr-238 WBS<br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN LEON FOX,<br><br>　　　　Defendants. | <br><br><br><br><br>No. 2:24-cr-239 DC |

----oo0oo----

1

1         Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because the cases involve the same witnesses, are based on the same or similar facts, relate to the same investigation, and involve the same property.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that the actions denominated <u>United States v. Oliphant</u>, 2:24-cr-238 WBS, and <u>United States v. Fox</u>, 2:24-cr-239 DC, be, and the same hereby are, deemed related. The case denominated <u>United States v. Fox</u>, 2:24-cr-239 DC, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>United States v. Fox</u>, 2:24-cr-239 WBS.

        IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  December 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE