**SHARI RUSK**
Attorney at Law
916 2nd Street
2nd floor
Sacramento, CA 95814
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
EDWIN FOX**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     vs.<br><br>EDWIN FOX,<br>          Defendant. | **Case No.** 24-0239- WBS<br><br>DEFENDANT'S  REQUEST FOR THE COURT TO ACCEPT HIS APPEARANCE WAIVER |
|---|---|

    Mr. FOX hereby requests Pursuant to Fed. R. Crim.P. 43, that this Court accept his waiver of appearance for a status conference on April 7, 2025 and any date hereafter where is presence is deemed inessential. Mr. Fox hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, where his presence is not required. Mr. Fox specifically requests his appearance be waived for the hearing scheduled for Tuesday, April 7, 2025 at 10:00

a.m. Mr. Fox is requesting to waive his presence at any hearings deemed inessential, where his presence is not required by the Court.

Mr. Fox hereby requests the Court to proceed in his absence pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.  The defendant further acknowledges he has been informed of his rights under Title 18 U.S.C. sec. 3161 – 3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Mr. Fox resides across the county in the state of Florida. It would be expensive and time consuming for him to appear for every status conference, therefore Mr. Fox asks the Court to accept this waiver.

Pursuant to Fed. R. Crim. P. 43, defendant, EDWIN FOX, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, where his presence is not required.

DATE: March 28, 2022              /s/ _____
                                   EDWIN FOX
                             (Original retained by attorney)

I concur in Mr. Fox's decision to waive his presence at the April 7, 2025 proceeding and at any time that his presence is not essential, and he is unable to attend Court personally.

DATE: March 28, 2025

Respectfully Submitted,

/s/ Shari Rusk_____
Shari Rusk
Attorney for Defendant
EDWIN FOX

## **ORDER**

It is so ordered.

Dated: March 31, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE