MICHELE BECKWITH
Acting United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>EDWIN LEON FOX,<br><br>          Defendant. | CASE NO. 2:24-CR-00239-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 7, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on April 7, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **May 27, 2025 at 10:00 a.m**., and to exclude time between April 7, 2025, and May 27, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced more than 6,500 pages of discovery consisting of financial documentation, phone extractions, search warrants, and evidence collected as a result of search warrant executions. All of this discovery has been produced directly to counsel.

    b) Counsel for defendant Edwin Leon Fox desires additional time to review discovery, research the charge and potential defenses, conduct independent investigation, and consult with her client.

    c) Counsel for the defendant believes that failure to grant the above-requested

continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 7, 2025 to May 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 1, 2025                      MICHELE BECKWITH
                                            Acting United States Attorney

                                            /s/ JESSICA DELANEY
                                            JESSICA DELANEY
                                            Assistant United States Attorney

Dated:  April 1, 2025                      /s/ SHARI RUSK
                                            SHARI RUSK
                                            Counsel for Defendant
                                            Edwin Leon Fox

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 1, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3