**SHARI RUSK**
Attorney at Law
916 2nd Street
2nd floor
Sacramento, CA 95814
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant
EDWIN FOX**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>   vs.<br><br>EDWIN FOX,<br>      Defendant. | **Case No.** 2:24-CR-0239- WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR MODIFICATION OF PRE-TRIAL CONDITION #11 |

    Mr. Fox, through undersigned counsel and the government, through Assistant United States Attorney Jessica Delaney, in consultation with pre-trial services, hereby agree to the following modification of pre-trial condition # 11:

> "You must not access the Internet, and you must not use or possess a computer or any device capable of accessing the Internet (which include Smart televisions, and internet capable gaming devices) in your residence or at any other location. Your fiancée and children may have access to internet capable devices; however, all internet capable devices and any internet service in the residence

must be password protected, and you may not have any access to the passwords, services, or devices;"

The reason for modifying the defendant's condition -  is that Mr. Fox's fiancée, Kahneeta Hayes, teleworks from home full-time, and requires internet service to complete her work on all weekdays. Furthermore, the internet Wi-Fi service is password protected, and all other internet-capable devices used by all other family members are password protected, and the defendant does not and will not have access to them. Pretrial Services in the Middle District of Florida is providing courtesy supervision for the defendant and does not oppose this modification.

The defendant is the only bond signer in this case, and there are no other sureties or any third-party custodian in this case.

DATE: April 17,  2025

                    Respectfully Submitted,

                    /s/ Shari Rusk_____
                    Shari Rusk
                    Attorney for Defendant
                    EDWIN FOX


                    /s/ Jessica Delaney
                    Jessica Delaney
                    Assistant United States Attorney

## **ORDER**

It is so ordered.

DATED: April 21, 2025

_____
HON. Jeremy D. Peterson
United States Magistrate Judge