```
1  MICHELE BECKWITH
   Acting United States Attorney
2  JESSICA DELANEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00239-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EDWIN LEON FOX, | DATE: May 27, 2025 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on May 27, 2025.

2. By this stipulation, defendant now moves to continue the status conference until August 4, 2025, and to exclude time between May 27, 2025, and August 4, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced more than 6,500 pages of discovery consisting of financial documentation, phone extractions, search warrants, and evidence collected as a result of search warrant executions. All of this discovery has been produced directly to counsel. In order to produce relevant PII, the discovery was produced pursuant to a protective order.

    b) Defendant Edwin Leon Fox resides in Florida. Given the protected nature of the discovery, this has made consultation with his counsel difficult. Since the last scheduled status conference, government counsel has redacted and reproduced some of the protected discovery in a non-protected manner to better enable defense communications.

    c) Counsel for defendant Edwin Leon Fox desires additional time to review discovery, research the charge and potential defenses, conduct independent investigation, and consult with her client.  In particular, counsel for defendant Edwin Leon Fox desires to discuss with her client in more depth the redacted discovery, which he is able to view without violation of the protective order.

    d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 27, 2025 to August 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  5. At this time, the parties anticipate that the August 4, 2025 status conference will either be converted into a change of plea hearing or that the parties will jointly move for a trial date.

//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: May 19, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: May 19, 2025

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Edwin Leon Fox

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3