**SHARI RUSK**
Attorney at Law
916 2nd Street
2nd floor
Sacramento, CA 95814
Telephone: (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**EDWIN FOX**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDWIN FOX,<br>　　　　　Defendant. | **Case No.** 24-0239 WBS<br><br>REQUEST FOR MODIFICATION OF PRE-TRIAL TRAVEL RESTRICTION |

　　　Mr. Fox, through undersigned counsel, requests that he be permitted to go on a pre-paid family vacation from June 29, 2025 to July 3, 2025. Mr. Fox will travel from Tampa, Florida to Cozumel, Mexico on a family cruise. There are no stops at any ports other than the destination. Mr. Fox will remain on the ship at all times and he will not disembark in Mexico.  Mr. Fox has been in compliance with all pre-trial conditions and will follow all pre-trial instructions regarding this 5 day cruise. Mr. Fox's passport

will be released from the Clerk's Office directly to Pretrial Services. Pretrial Services will mail his passport to his assigned Officer in the Southern District of Florida, who will provide the passport to Mr. Fox on June 27, 2025. Mr. Fox will return the passport to his Officer in the Southern District of Florida, immediately upon arriving back in the United States. The Passport will then be mailed back to Pretrial Services in the Eastern District of California, to be surrendered back to the Clerk's Office. All other pre-trial conditions remain in effect. The government does not object to this request and Pretrial Services will defer to the Court.

DATE: June 10, 2025

Respectfully Submitted,

/s/ Shari Rusk_____
Shari Rusk
Attorney for Defendant
EDWIN FOX

**ORDER**

IT IS SO ORDERED.

Dated:    June 10, 2025                    _____
                                           JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE