**SHARI RUSK**
Attorney at Law
916 2nd Street
2nd floor
Sacramento, CA 95814
Telephone:  (916) 804-8656
Email: rusklaw@att.net

**Attorney for Defendant**
**EDWIN FOX**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>        vs.<br><br>EDWIN FOX,<br>                    Defendant. | Case No. 2:24-CR-0239- WBS<br><br> STIPULATION AND ORDER TO CONTINUE J & S<br><br>   DATE: January 20, 2026<br>   TIME: 9:00 a.m.<br>   COURT: Hon. Judge William B. Shubb |

        Mr. Fox, through undersigned counsel and the government requests that the

sentencing currently scheduled for January 20, 2026 be continued to **April 6, 2026 at**

**10:00 a.m.,** and  that date is available for the Court.  This time is necessary to

complete a psychological evaluation and provide additional information to probation.

The government has no objection to this request.

1

DATE: January 5, 2026

Respectfully Submitted,

/s/ Shari Rusk_____
Shari Rusk
Attorney for Defendant
EDWIN FOX

/s/ Jessica Delaney
Jessica Delaney
Assistant United States Attorney

## ORDER

It is so ordered.

Dated:  January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE