ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-239 WBS |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING MODIFICATION OF PRETRIAL CONDITION OF RELEASE |
| v. | |
| EDWIN FOX, | DATE: |
| | TIME: |
| Defendant. | COURT: Hon. Sean C. Riordan |

**STIPULATION**

1.      By this stipulation, defendant and the United States, in consultation with pretrial services, move to modify his pretrial service conditions to add the following condition:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

2.      The parties agree that pending proceedings have put additional mental stress on Mr. Fox, and that he has relayed that he is having mental health struggles to a U.S. probation officer during a pre-

1

sentencing interview.  Pretrial services has recommended that the condition be added.  The parties concur.

3.      Mr. Fox has pleaded guilty pursuant to a plea agreement.  He is awaiting sentencing, which is scheduled for April 6, 2026.

4.      The defendant is the only bond signer in this case and there are no other sureties, nor is there a third-party custodian.

Dated:  January 9, 2026                                    Eric Grant
                                                                          United States Attorney


                                                                          /s/ JESSICA DELANEY
                                                                          JESSICA DELANEY
                                                                          Assistant United States Attorney


Dated:  January 9, 2026                                    /s/ SHARI RUSK
                                                                          SHARI RUSK
                                                                          Counsel for Defendant
                                                                          EDWIN FOX

**[~~PROPOSED~~] FINDINGS AND ORDER**

        IT IS SO FOUND AND ORDERED this 9th day of January, 2026.


                                                                          SEAN C. RIORDAN
                                                                          UNITED STATES MAGISTRATE JUDGE

2